UNITED STATES of America,
Plaintiff–Appellee

v.

Sean M. McCOY, Defendant–Appellant.

No. 10–30486
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 28, 2010.

Cristina Walker, Assistant U.S. Attorney, Robert Watts Gillespie, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

G. Warren Thornell, Shreveport, LA, for Defendant–Appellant.

Before JOLLY, GARZA, and STEWART, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Sean M. McCoy has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). McCoy has not filed a response. Our inde-

pendent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. McCoy's motion for appointment of counsel is DENIED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.